United States District Court
Southern District of Texas
**ENTERED**
January 10, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Rodney Johnson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION: H-18-1102 |
| | § | |
| Ocwen Loan Servicing, LLC., | § | |
| | § | |
| Defendants. | § | |

### ORDER

On December 17, 2018, this Court ordered Plaintiff to file an amended petition within twenty-one days that is compliant with the issues raised in the Court's December 17 Order. The order cautioned Plaintiff that "[f]ailure to file an amended petition within twenty-one days shall result in the dismissal of Plaintiffs' case."[1] More than twenty-one days have passed, and Plaintiff has failed to file an amended petition. Thus, Plaintiff has failed to comply with the Court's December 17 order, and this case is therefore dismissed for want of prosecution. FED.R.Civ.P.41(b). Accordingly, the Court hereby

**ORDERS** that Plaintiffs' case is **DISMISSED WITHOUT PREJUDICE.**

---

[1] *Order*, Document No. 18 at Page 11.

Signed this \_\_\_\_**9**\_\_\_\_ day of January, 2019.

_____
David Hittner
United States District Judge